PER CURIAM.
The sentencing court which releases a defendant on community control has jurisdiction to revoke that release, not the Parole and Probation Commission. See § 948.06(1), Fla.Stat. (1983); Bradley v. State, 462 So.2d 24 (Fla. 5th DCA 1984); Spurlock v. State, 449 So.2d 973 (Fla. 5th DCA 1984), review denied 466 So.2d 212 (Fla.1985); Moore v. State, 463 So.2d 406 (Fla. 3d DCA 1985); Clem v. State, 462 So.2d 1134 (Fla. 4th DCA 1984); Loveless v. Bryson, 460 So.2d 942 (Fla. 2d DCA 1984); Smith v. State, 455 So.2d 615 (Fla. 4th DCA 1984).
AFFIRMED.
DAUKSCH, SHARP and COWART, JJ., concur.